Cite as 2015 Ark. App. 658



# ARKANSAS COURT OF APPEALS

DIVISIONS I & IV
**No.** CR-15-79

| | |
|---|---|
| A.I.M.<br><br>**APPELLANT**<br><br>V.<br><br>STATE OF ARKANSAS<br><br>**APPELLEE** | **Opinion Delivered:** November 12, 2015<br><br>APPEAL FROM THE CRAIGHEAD COUNTY CIRCUIT COURT [NO.JV2005-79]<br><br>HONORABLE LEE FERGUS, JUDGE<br><br>REVERSED |

## WAYMOND M. BROWN, Judge

Appellant appeals from the circuit court's adjudication of his delinquency on charges of theft by receiving, a Class C felony, and minor in possession. Appellant's sole point on appeal is that the circuit court erred by failing to grant his motion for directed verdict where the only evidence came from the testimony of a codefendant who had pled guilty to charges prior to appellant's trial.

We reverse appellant's adjudication based on the analysis in a companion opinion decided today. *See D.F. v. State*, CR–15–78.

Reversed.

VIRDEN, HARRISON, KINARD, and GLOVER, JJ., agree.

GLADWIN, C.J., dissents.

**ROBERT J. GLADWIN, Chief Judge, dissenting.** I dissent based on the same rationale expressed in *D.F. v. State*, 2015 Ark. App. _____.

*Terry Goodwin Jones*, for appellant.
*Leslie Rutledge*, Att'y Gen., by: *Kristen C. Green*, Ass't Att'y Gen., for appellee.